FILED
2020 Jun-15 PM 01:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **ROBERT JOHNSON,** | ) |
| **Plaintiff,** | ) |
| V. | ) Case No.: 5:19-cv-1642-LCB-GMB |
| **GWENDOLYN GIVENS,** | ) |
| **Defendant.** | ) |

## ORDER

On May 26, 2020, U.S. Magistrate Judge Gray M. Borden issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that this action be dismissed without prejudice for failure to state a claim upon which relief can be granted. (Doc. 9). Plaintiff has filed no objections to the Report and Recommendation.

When a party objects to a portion of a Magistrate Judge's report or proposed findings or recommendations, the District Court must conduct a de novo review of those portions of the report to which the party has specifically objected. 28 U.S.C. § 636(b)(1). The Court reviews the unchallenged portions of the Magistrate Judge's report for clear error. *See LoConte v. Dugger*, 847 F.2d 745, 750 (11th Cir. 1988).

Having reviewed the proposed findings and recommendations for clear error, the Court concludes that the Magistrate Judge's Report and Recommendation

(Doc. 9) should be **ACCEPTED** and hereby **ADOPTS** it as the findings of the Court. This action is therefore **DISMISSED WITHOUT PREJUDICE.**

The Clerk of Court is **DIRECTED** to close the case.

**DONE** and **ORDERED** this June 15, 2020.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE